IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION, Respondent, *v.* SUPERIOR CREDIT CORPORATION, Appellant.

(Argued June 9, 1933; decided July 11, 1933.)

*H. H. Nordlinger, Jacob J. Lesser* and *Lawrence S. Lesser* for appellant.

*Hugh S. Williamson, Gerald J. Craugh* and *Edward A. Craighill, Jr.,* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN, J. Not sitting: HUBBS, J.